UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In Re: §
§
ALTMAN JR, JOSEPH PETER § Case No. 2:17-bk-01212-DPC
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID M. REAVES, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 73,476.50<br>*(Without deducting any secured claims)* | Assets Exempt: 221,750.83 |
| Total Distributions to Claimants: 38,530.42 | Claims Discharged<br>Without Payment: 175,261.66 |
| Total Expenses of Administration: 28,856.69 | |

3) Total gross receipts of $ 67,387.11 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 67,387.11 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 364,842.72 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 28,856.69 | 28,856.69 | 28,856.69 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 228,064.04 | 168,786.16 | 168,786.16 | 38,530.42 |
| **TOTAL DISBURSEMENTS** | $ 592,906.76 | $ 197,642.85 | $ 197,642.85 | $ 67,387.11 |

  4) This case was originally filed under chapter 7 on 02/09/2017 . The case was pending for 24 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/07/2019    By:/s/DAVID M. REAVES
              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SINGLE-FAMILY HOME, RENTAL PROPERTY OF DEBTOR, 8 | 1110-000 | 67,387.11 |
| **TOTAL GROSS RECEIPTS** | | **$ 67,387.11** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | OCWEN LOAN SERVICING LLC 1661 WORTHINGTON RD #100 WEST PALM BEACH, FL 33409 | | 103,272.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | OCWEN LOAN SERVICING LLC 1661 WORTHINGTON RD #100 WEST PALM BEACH, FL 33409 | | 89,716.72 | NA | NA | 0.00 |
| | WELLS FARGO P O BOX 10335 DES MOINES, IA 50306 | | 171,854.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 364,842.72 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:DAVID M. REAVES | 2100-000 | NA | 6,559.36 | 6,559.36 | 6,559.36 |
| TRUSTEE EXPENSES:DAVID M. REAVES | 2200-000 | NA | 31.15 | 31.15 | 31.15 |
| CLERK OF THE U.S. BANKRUPTCY COURT | 2700-000 | NA | 610.00 | 610.00 | 610.00 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):REAVES LAW GROUP | 3110-000 | NA | 21,135.00 | 21,135.00 | 21,135.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE EXPENSES (TRUSTEE FIRM):REAVES LAW GROUP | 3120-000 | NA | 521.18 | 521.18 | 521.18 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 28,856.69 | $ 28,856.69 | $ 28,856.69 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BARCLAYS/AADVANTAGE<br>P O BOX 8802<br>WILMINGTON, DE 19899-8802 | | 5,359.00 | NA | NA | 0.00 |
| | CHASE<br>P O BOX 15145<br>WILMINGTON, DE 19850 | | 5,531.02 | NA | NA | 0.00 |
| | CHASE/AMAZON<br>P O BOX 15145<br>WILMINGTON, DE 19850 | | 13,275.90 | NA | NA | 0.00 |
| | PROSPER MARKETPLACE<br>101 SECOND ST 15TH FL<br>ATTN LEGAL DEPT SAN FRANCISCO, CA 94105 | | 18,937.00 | NA | NA | 0.00 |
| | PROSPER MARKETPLACE<br>101 SECOND ST 15TH FL<br>ATTN LEGALDEPT SAN FRANCISCO, CA 94105 | | 1,903.00 | NA | NA | 0.00 |
| 000001 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | 12,740.00 | 12,726.08 | 12,726.08 | 2,905.10 |
| 000006 | BANK OF AMERICA, N.A. | 7100-000 | 46,922.00 | 46,922.16 | 46,922.16 | 10,711.37 |
| 000005 | COMENITY CAPITAL BANK/PAYPAL CREDIT | 7100-000 | 1,206.97 | 992.65 | 992.65 | 226.60 |

Case 2:17-bk-01212-DPC   Doc 65   Filed 02/26/19   Entered 02/26/19 10:13:29   Desc
Page 6 of 13

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | MS PAULA B ALTMAN | 7100-000 | 95,060.00 | 80,846.78 | 80,846.78 | 18,455.66 |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 21,149.15 | 21,149.15 | 21,149.15 | 4,827.92 |
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 5,980.00 | 6,149.34 | 6,149.34 | 1,403.77 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 228,064.04 | $ 168,786.16 | $ 168,786.16 | $ 38,530.42 |

| | | |   | | |
|---|---|---|---|---|---|
| Case No: | 17-01212 DPC Judge: DANIEL P. COLLINS | | | Trustee Name: | DAVID M. REAVES |
| Case Name: | ALTMAN JR, JOSEPH PETER | | | Date Filed (f) or Converted (c): | 02/09/17 (f) |
| | | | | 341(a) Meeting Date: | 03/13/17 |
| For Period Ending: 02/07/19 | | | | Claims Bar Date: | 04/27/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE-FAMILY HOME, RENTAL PROPERTY OF DEBTOR, 8<br><br>Secured lender has foreclosed, and excess proceeds of $67,417.44 remain after foreclosure sale, and held by the Clerk of the Maricopa County Superior Court. | 155,000.00 | 155,000.00 | | 67,387.11 | FA |
| 2. CONDOMINIUM OR COOPERATIVE, RESIDENCE OF DEBTOR, | 226,772.00 | 76,772.00 | | 0.00 | FA |
| 3. 2010 FORD FUSION (VEHICLE OF DEBTOR (PER APPRAISAL | 6,163.00 | 163.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS ($2,220.00), 3 TVS, STEREO, DVR, D | 2,845.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS OF DEBTOR | 250.00 | 0.00 | | 0.00 | FA |
| 6. BICYCLE, GUN/AMMUNITION, LAPTOP, IPAD OF DEBTOR | 1,070.00 | 70.00 | | 0.00 | FA |
| 7. SNOWBOARD, WEIGHTS, ELLIPTICAL MACHINE OF DEBTOR | 300.00 | 300.00 | | 0.00 | FA |
| 8. GUN OF DEBTOR | 200.00 | 200.00 | | 0.00 | FA |
| 9. CLOTHING OF DEBTOR | 500.00 | 0.00 | | 0.00 | FA |
| 10. WATCH OF DEBTOR | 50.00 | 0.00 | | 0.00 | FA |

| Case No: | 17-01212 | DPC | Judge: DANIEL P. COLLINS | Trustee Name: | DAVID M. REAVES |
|---|---|---|---|---|---|
| Case Name: | ALTMAN JR, JOSEPH PETER | | | Date Filed (f) or Converted (c): | 02/09/17 (f) |
| | | | | 341(a) Meeting Date: | 03/13/17 |
| | | | | Claims Bar Date: | 04/27/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. WATCH OF DEBTOR | 50.00 | 50.00 | | 0.00 | FA |
| 12. DOG OF DEBTOR | 0.00 | 0.00 | | 0.00 | FA |
| 13. CASH OF DEBTOR | 10.00 | 10.00 | | 0.00 | FA |
| 14. FIDELITY INVESTMENTS | 231.75 | 0.00 | | 0.00 | FA |
| 15. PROPSER | 5.27 | 5.27 | | 0.00 | FA |
| 16. H & R BLOCK | 28.12 | 28.12 | | 0.00 | FA |
| 17. FIDELITY INVESTMENTS | 1.36 | 1.36 | | 0.00 | FA |
| 18. FIDELITY INVESTMENTS | 55,896.68 | 0.00 | | 0.00 | FA |
| 19. FIDELITY INVESTMENTS | 854.15 | 0.00 | | 0.00 | FA |
| 20. DOMAIN NAMES - 6 WITH DEBTOR'S NAME, 6 WITH DEBTOR | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $450,227.33 | $232,599.75 | | $67,387.11 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

| | | | |
|---|---|---|---|
| Case No: | 17-01212  DPC  Judge: DANIEL P. COLLINS | Trustee Name: | DAVID M. REAVES |
| Case Name: | ALTMAN JR, JOSEPH PETER | Date Filed (f) or Converted (c): | 02/09/17 (f) |
| | | 341(a) Meeting Date: | 03/13/17 |
| | | Claims Bar Date: | 04/27/18 |

TDR submitted to UST on 2/7/19.

Initial Projected Date of Final Report (TFR): 06/01/18      Current Projected Date of Final Report (TFR): 10/01/18

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| Case No: | 17-01212 -DPC | Trustee Name: | DAVID M. REAVES |
| Case Name: | ALTMAN JR, JOSEPH PETER | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******6455 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2733 | | |
| For Period Ending: | 02/07/19 | Blanket Bond (per case limit): | $ 27,456,481.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/17/18 | 1 | MARICOPA COUNTY TREASURER | EXCESS PROCEEDS FROM SALE OF RENTAL | 1110-000 | 67,387.11 | | 67,387.11 |
| 09/19/18 | 300001 | REAVES LAW GROUP<br>2999 N. 44th STREET, SUITE 515<br>PHOENIX, ARIZONA 85018 | ATTORNEY FOR TTE FEES/EXPENSES<br>PER ORDER GRANTING PAYMENT SINGED ON 8/28/18.<br>  Fees            21,135.00<br>  Expenses         521.18 | <br><br><br>3110-000<br>3120-000 | | 21,656.18 | 45,730.93 |
| 11/27/18 | 300002 | DAVID M. REAVES<br>P.O. BOX 44320<br>PHOENIX, AZ  85064 | Chapter 7 Compensation/Expense<br><br><br>  Fees             6,559.36<br>  Expenses          31.15 | <br><br><br>2100-000<br>2200-000 | | 6,590.51 | 39,140.42 |
| 11/27/18 | 300003 | Clerk of the U.S. Bankruptcy Court<br>230 N. First Ave., Ste. 101<br>Phoenix, AZ  85003 | Case Reopening Fee | 2700-000 | | 260.00 | 38,880.42 |
| 11/27/18 | 300004 | Clerk of the U.S. Bankruptcy Court<br>230 N. First Ave., Ste. 101<br>Phoenix, AZ  85003 | ADV. FILING FEE  18-ap-00217 | 2700-000 | | 350.00 | 38,530.42 |
| 11/27/18 | 300005 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Claim 000001, Payment 22.82793%<br>ACCT. NO. 2009 | 7100-000 | | 2,905.10 | 35,625.32 |
| | | | Page Subtotals | | 67,387.11 | 31,761.79 | |

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Ver: 21.00a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-01212 -DPC | | Trustee Name: | DAVID M. REAVES |
|---|---|---|---|---|
| Case Name: | ALTMAN JR, JOSEPH PETER | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******6455 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2733 | | | |
| For Period Ending: | 02/07/19 | | Blanket Bond (per case limit): | $ 27,456,481.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/27/18 | 300006 | MS PAULA B ALTMAN<br>11617 W PALO VERDE AVE<br>YOUNGTOWN AZ 85363 | Claim 000002, Payment 22.82795% | 7100-000 | | 18,455.66 | 17,169.66 |
| 11/27/18 | 300007 | RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Claim 000003, Payment 22.82796%<br>ACCT. NO. 9897 | 7100-000 | | 4,827.92 | 12,341.74 |
| 11/27/18 | 300008 | RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Claim 000004, Payment 22.82798%<br>ACCT. NO. 1400 | 7100-000 | | 1,403.77 | 10,937.97 |
| 11/27/18 | 300009 | COMENITY CAPITAL BANK/PAYPAL CREDIT<br>C/O WEINSTEIN & RILEY, PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3543 | Claim 000005, Payment 22.82778%<br>ACCT. NO. 5474 | 7100-000 | | 226.60 | 10,711.37 |
| 11/27/18 | 300010 | BANK OF AMERICA, N.A.<br>P O BOX 15102<br>WILMINGTON, DE 19886-5102 | Claim 000006, Payment 22.82796%<br>ACCT. 0081 | 7100-000 | | 10,711.37 | 0.00 |

Page Subtotals    0.00    35,625.32

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 17-01212 -DPC | Trustee Name: DAVID M. REAVES |
| Case Name: ALTMAN JR, JOSEPH PETER | Bank Name: UNION BANK |
| | Account Number / CD #: *******6455 Checking Account (Non-Interest Earn |
| Taxpayer ID No: *******2733 | |
| For Period Ending: 02/07/19 | Blanket Bond (per case limit): $ 27,456,481.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 67,387.11 | 67,387.11 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 67,387.11 | 67,387.11 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 67,387.11 | 67,387.11 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******6455 | 67,387.11 | 67,387.11 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 67,387.11 | 67,387.11 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00